UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Sara Elisabethe Lemacks,<br><br>               Plaintiff,<br>     v.<br><br>VISA U.S.A., Inc.,<br><br>               Defendant. | C/A No. 7:04-2469-13<br><br>ORDER<br>(Written Opinion) |

This matter comes before the Court on Plaintiff's Motion to Amend Amended Complaint filed June 15, 2005. Counsel for Plaintiff and Defendant presented oral arguments before this Court on August 29, 2005. The Court grants Plaintiff's motion.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Amended Complaint be GRANTED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

August   31  , 2005.

1