UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION

| | |
|---|---|
| Sara Elisabethe Lemacks,<br><br>                              Plaintiff,<br>     v.<br><br>VISA U.S.A., Inc.,<br><br>                              Defendant. | C/A No. 7:04-2469-13<br><br>ORDER<br>(Written Opinion) |

This matter comes before the Court on Defendant's Motion for Summary Judgment filed June 21, 2005. Counsel for Plaintiff and Defendant presented oral arguments before this Court on August 29, 2005. The Court denies Defendant's motion.

IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment be DENIED.

IT IS SO ORDERED.

_____
G. ROSS ANDERSON, JR.
UNITED STATES DISTRICT JUDGE

Anderson, South Carolina

August   31  , 2005.

1